

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-84,247-02

### EX PARTE ADRIAN TERRELL WILSON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1089706-A IN THE 262ND DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of a murder and sentenced to life imprisonment. The Fourteenth Court of Appeals affirmed his conviction. *Wilson v. State*, No. 14-07-00451-CR (Tex. App.—Houston [14th Dist], July 10, 2008) (not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his trial counsel was ineffective for failing to investigate and challenge dog scent lineup testimony and evidence presented by the State. The trial court has determined that trial counsel's performance was deficient and that the outcome of Applicant's jury trial would have been different but for counsel's performance.

However, based on our independent review of the entire record, this Court finds that Applicant has failed to meet his burden to show counsel's performance was deficient or that his defense was harmed by the alleged deficient conduct. *Strickland v. Washington*, 466 U.S. 668 (1984). We deny relief.

Filed: March 31, 2021
Do not publish